# Exhibit 8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

|  |  |
|---|---|
| **U.S. Well Services, Inc., and**<br>**U.S. Well Services, LLC,**<br><br>                                    **Plaintiffs,**<br><br>       **v.**<br><br>**Halliburton Company, and**<br>**Cimarex Energy Co.,**<br><br>                           **Defendants.** | **Case No. 6:21-cv-367-ADA**<br><br><br>**Jury Trial Demanded** |

## <u>DECLARATION OF DR. L. BRUN HILBERT, Jr., P.E.</u>

## I.        INTRODUCTION

1.        My name is Dr. L. Brun Hilbert, Jr. I make this declaration based upon my own personal knowledge and, if called upon to testify, would testify competently to the matters contained herein.

2.        I have been retained to provide technical assistance in this matter.  This declaration is a statement of my opinions on issues related to the definiteness of certain patent claims. My employer, Exponent, Inc., is being compensated at the ordinary and customary rate of $510 per hour for my analysis, plus reimbursement for expenses. My compensation does not depend on the content of my opinions or the outcome of this proceeding.

3.        Specifically, I have been asked to provide opinions relating to definiteness of claim terms used in the following claims ("Asserted Claims") of the following patents ("Asserted Patents"):

| Asserted Patent | Asserted Claims |
|---|---|
| 8,789,601 ('601 Patent) | **1**-7 |
| 9,410,410 ('410 Patent) | **1**-9 |
| 10,337,308 ('308 Patent) | **1**-11 |
| 9,970,278 ('278 Patent) | **1**-6, **9**-16 |
| 9,611,728 ('728 Patent) | **1**, 2, 6 |

Independent claims have been indicated in bold font.

## II.       EXPERIENCE AND QUALIFICATIONS

4.        In formulating my opinions, I have relied upon my knowledge, training, and experience in the relevant art. My qualifications are stated more fully in my curriculum vitae, which has been provided as Appendix A. Here, I provide a brief summary of my qualifications.

Declaration of Dr. L. Brun Hilbert, Jr., P.E.

5.      I am a Principal Engineer at Exponent, Inc. ("Exponent"). I hold a Ph.D. degree in Materials Science and Minerals Engineering from the University of California, Berkeley. I hold a B.S. degree in Mathematics and an M.S. degree in Mechanical Engineering from the University of New Orleans. I am a licensed Professional Mechanical Engineer in California, a licensed Mechanical and Petroleum Engineer in Texas, and a licensed Mechanical Engineer in New Mexico.

6.      I have experience and have worked and testified on matters involving hydraulic fracturing operations, well stimulation design, well design and construction, drilling, completions, and production.

7.      I was appointed to the National Academy of Engineering (NAE) Committee on Connector Reliability for Offshore Oil and Natural Gas Operations in 2017. This committee was assembled to investigate the causes and prevention of the premature failure of critical bolts on subsea BOPs and wellheads.

8.      I was a Society of Petroleum Engineers (SPE) Distinguished Lecturer for 2015-2016. I lectured on the topic Well Design and Integrity: Importance, Risk, and Scientific Certainty.

9.      Over the past four decades, I have developed expertise in oil and gas well drilling, completion, and design, well production and wellhead equipment, well stability and sand production, well stimulation and hydraulic fracturing, drilling mechanics, petroleum rock mechanics, reservoir geomechanics, fixed and floating offshore platforms, and the structural integrity and leak resistance of the threaded connections.

10.      From 1981 through 1992, I was employed in the Drilling and Completions Division of Exxon Production Research Company in Houston, Texas. While at Exxon Production Research Company, I conducted research and field-specific applications in well design and construction for

wells both onshore and offshore, both in the United States and internationally. I taught courses to Exxon and affiliate engineers in Well Completions and Workovers in the Middle East, Southeast Asia, Australia, Malaysia, and North America. I performed applied research and development in the areas of tubing and casing string design, well design, well completion design, and workovers, and well stimulation design.

11.    During my career at Exxon, I worked with domestic and international Exxon Affiliates and their partners on site-specific well designs for challenging fields. While at Exxon Production Research Company, I consulted with Saudi Aramco, Esso Malaysia, and Esso Australia in drilling operations, drill string mechanics, well design, casing and tubing design, cementing design and operations, production and well stimulation, and well abandonment.

12.    In 1992, I left Exxon Production Research Company to pursue doctoral studies at the University of California at Berkeley. I obtained a Ph.D. degree from the Department of Minerals Engineering and Material Science in 1995. My dissertation work involved the application of solid mechanics to rock engineering computations, also referred to as geomechanics. I also performed laboratory work on the micromechanics of wave propagation in sandstone rock, which is important in the interpretation of wellbore formation logging.

13.    In 1996, I was hired by Exponent, Inc. (formerly Failure Analysis Associates, Inc.) in Menlo Park, California, where I have developed a consulting practice in the areas of Petroleum and Mechanical Engineering. With specific focus consulting to the oil and gas industry, I have performed the  failure analysis of wells due to mechanical failure, human factors, and geomechanical deformation mechanisms.  I have also performed expert work and litigation support involving onshore and offshore well design and integrity; failure of tubing and casing due to corrosive environments and overloading; analysis of casing and tubing materials and metallurgy;

hydraulically fractured wells; abandonment of wells; well control events; blowouts; well site accidents involving injuries and fatalities; and performance of oil and gas wells.

14.     I have published over 100 technical journal articles, reports, and presentations during my career. I have written book chapters on computational geomechanics and underground gas storage. I have taught courses for preparation of taking the professional engineering license examination in Civil Engineering.

15.     I believe that my extensive industry experience and educational background qualify me as an expert in the relevant field of oil and gas well drilling, completion, and design, well production and wellhead equipment. I am knowledgeable of the relevant skill set that would have been possessed by a hypothetical person of ordinary skill in the art at the time of the invention of the Asserted Patents (defined above), which I have been instructed to assume is November 2012, for purposes of this proceeding.

16.     Therefore, based on my education, professional experience of forty years, and scholarly books and publications, I am an expert in the relevant field of the Asserted Patents and have been an expert in this field since before the Asserted Patents were filed with the United States Patent and Trademark Office ("USPTO").

## III.    MATERIALS REVIEWED

17.     In forming my opinions, I have reviewed the Asserted Patents, including their specifications and prosecution histories.  In addition, I have relied on the materials cited throughout my declaration. I reserve the right to respond to any positions that an expert may submit on behalf of USWS.

## IV.     LEGAL STANDARDS

### A.     Level of Ordinary Skill in the Art

18.     When interpreting a patent, I understand that it is important to identify the relevant art pertaining to the patent-in-suit as well as the level of ordinary skill in that art at the time of the claimed invention. The "art" is the field of technology to which the patent is related.

19.     I am informed and understand that the person having ordinary skill in the art ("POSITA") is a hypothetical person who is presumed to know the relevant prior art. I understand that the actual inventor's skill is not determinative of the level of ordinary skill. I further understand that factors that may be considered in determining level of skill include: (i) type of problems encountered in art; (ii) prior art solutions to those problems; (iii) rapidity with which innovations are made; (iv) sophistication of the technology; and (v) educational level of active workers in the field. I understand that not all such factors may be present in every case, and one or more of them may predominate. In a given case, every factor may not be present, and one or more factors may predominate.

20.     As of the time of the claimed invention, a POSITA would have either (1) a Bachelor of Science in Mechanical Engineering, Electrical Engineering, Petroleum Engineering or an equivalent field as well as at least 2 years of academic or industry experience in the oil and gas industry, including well drilling, completion, or production, or (2) at least four years of industry experience in the oil and gas industry including well drilling, completion, or production.

### B.     Legal Background

21.     I am not an attorney and do not intend to offer opinions concerning legal issues. Accordingly, I have asked counsel to provide legal background principles that are applicable to the opinions in my Declaration.

22.    I have been instructed by counsel on the law regarding claim construction and patent claims, and I understand that a patent may include two types of claims: independent claims and dependent claims. An independent claim stands alone and includes only the limitations it recites. A dependent claim can depend from an independent claim, or it can further depend from another dependent claim. I understand that a dependent claim includes all the limitations that it recites, in addition to all the limitations recited in the claim(s) from which it depends.

23.    It is my understanding claim terms of a patent are given the meaning the terms would have to a POSITA, in view of the description provided in the patent itself and the patent's file history.

24.    I understand that to determine how a person of ordinary skill would understand a claim term, one should look to those sources available that show what a person of skill in the art would have understood the disputed claim language to mean. Such sources include the words of the claims themselves, the remainder of the patent's description, the prosecution history of the patent (all considered "intrinsic" evidence), and "extrinsic" evidence concerning relevant scientific principles, the meaning of technical terms, the technical literature on established and emerging relevant technologies, and the state of the art at the time of the invention.

25.    I have been informed that, in order to be valid, the claims of a patent must be sufficiently definite that one skilled in the art can determine the metes and bounds of the claimed invention.  I have been informed that a patent claim is deemed "indefinite" if the claim, read in light of the patent's specification and prosecution history, fails to inform, with reasonable certainty, those skilled in the art about the scope of the invention.  I understand that a claim must be precise enough to afford clear notice of what is claimed, thereby apprising the public of what is still open to them.

## V.     OPINIONS REGARDING "HIGH PRESSURE" TERMS

### A.     Claim Language

26.     I understand that claim terms are to be evaluated within the context of which they appear.  Claim 1 of the '410 Patent is copied below:

> 1. A system for hydraulically fracturing an underground formation in an oil or gas well to extract oil or gas from the formation, the oil or gas well having a wellbore that permits passage of fluid from the wellbore into the formation, the system comprising:
>
> a plurality of electric pumps fluidly connected to the well and powered by at least one electric motor, and configured to pump fluid into the wellbore at **high pressure** so that the fluid passes from the wellbore into the formation, and fractures the formation;
>
> and a variable frequency drive connected to the electric motor to control the speed of the motor, wherein the variable frequency drive frequently performs electric motor diagnostics to prevent damage to the at least one electric motor.

Other apparatus claims include claim 1 of the '601 Patent, claim 1 of the '308 Patent, claim 1 of the '278 Patent, and claim 1 of the '728 Patent, each of which use language identical to the underlined language from the '401 Patent.  Claim 9 of the '278 Patent is a method claim and recites, "pumping fracturing fluid into a well in a formation with an electrically powered pump at a <u>high pressure</u> so that the fracturing fluid enters and cracks the formation."

27.     I have also been informed that USWS contends the following regarding the "high" pressure term.

> No construction needed. To the extent the term is construed, it should have its plain and ordinary meaning.  In the alternative, the term may be construed as "a high pressure so that the fluid enters the formation and fractures the formation."   To the extent Defendants argue that the term is indefinite under 35 U.S.C. § 112, USWS contends that the term is not indefinite.

I have been informed that Defendants contend the "high pressure" term is indefinite.

### B.      Summary of Opinions

28.     One must know the meaning of "high pressure" to select a pump adequate for the objective of fracturing a formation, as the necessary pressures across formations and even within the same formation can vary widely, across thousands of pounds per square inch ("psi").  Thus, simply stating, without more, that a pump is configured so that the fluid passes from the wellbore into a formation and fractures the formation, as USWS proposes, does not tell a POSITA with reasonable certainty what pressure is being used and does not define the term of degree, "high pressure."  There is no universally accepted definition of the term "high pressure" with regard to pumps for hydraulic-fracturing operations.  Even in the context of sufficiency to provide hydraulic fracturing, as USWS proposes, what might be considered a "high pressure" will vary across numerous changing circumstances, including across different formations and even within the same formation.

29.     To illustrate these concepts that I discuss below, I have included a series of photographs and figures in this declaration. **Figure 1** is a photograph of a hydraulic fracturing operation that I personally visited in 2012. **Figure 2** is a schematic of the equipment in a typical hydraulic fracturing operation. (Economides, Michael J., and Kenneth G. Nolte. 2000. Reservoir stimulation. Chichester, England: Wiley. Chapter 11.).  **Figure 3** is a schematic of pressures vertical in a wellbore during a hydraulic fracturing operation.  **Figure 4** is a schematic of the wellbore below the wellhead, exhibiting the casing, perforations, and hydraulic fractures. **Figure 5** is a photograph (from the same hydraulic fracturing operation shown in **Figure 1**) of the manifold skid with the flexible hoses from the pumps. **Figure 6** is a photograph (from the same hydraulic fracturing operation shown in **Figure 1**) of the wellhead with the pipe iron from the manifold skid connected to the wellhead.

Declaration of Dr. L. Brun Hilbert, Jr., P.E.

**C.      Pumps on a Hydraulic-Fracturing Site**

30.      There are many pumps in a hydraulic fracturing operation, as indicated in photograph in **Figure 1** and in **Figure 2**, which is a schematic of a typical hydraulic fracturing operation.



**Figure 1.  Typical hydraulic fracturing site.**

Declaration of Dr. L. Brun Hilbert, Jr., P.E.



*Figure 11-5. Equipment positions for a typical fracturing treatment.*

**Figure 2.  Equipment involved in a typical hydraulic fracturing operation.**

31.     The pumps may be powered by a variety of sources—such as hydrocarbon fuels (e.g., diesel), electric motors, or natural gas—but the basic mechanics of pressurizing a fluid to deliver it from one place to another remain applicable. With reference to **Figure 2**, at each phase one pump or multiple pumps could be used.  Water is pumped from the fracture tanks (water storage) to a blending unit.  Another pump would also be typically used to transport additives and chemicals to the "blending unit," with the pressure depending on the density and viscosity of the

fluids, among other parameters. Another pump would be used to transport the mixture of water and chemicals to the "proppant blending unit" (also referred to as a "blending unit" or simply "blender" or "mixer"), where a fracturing fluid is formed.  Another pump takes the fracturing fluid to the wellhead, but between this pump and wellhead can be numerous intermediary components, such as manifolds (to distribute fluids to multiple locations) and check valves (to prevent fluid from flowing backward).

32.     The design of the individual pumps may vary as well, being either centrifugal or positive displacement (plunger) pumps.

33.     As indicated in **Figure 2**, some hydraulic fracturing and reservoir stimulation operations may include requirements for pump gas, such as nitrogen ($N_2$) and carbon dioxide ($CO_2$). These pumps may be required to pump gas into the wellhead at pressures equivalent to the pumps delivering fracturing fluid to the wellhead.

34.     Clearly, there are a plethora of pumps at a typical hydraulic fracturing site, all with a wide range of pump pressure capabilities, spanning thousands of pounds per square inch. Just stating that a pump provides pressure sufficient to fracture a formation says little to nothing about whether that pump should be deemed "high pressure," because many of the pumps *upstream* of the hydraulic fracturing pumps (i.e., the pumps delivering fracturing fluid to a wellbore) can pump at pressures in excess of the pressure required to fracture certain formations (such as shallow, low strength rock formations). Thus, to refer to pumps delivering fracturing fluid to a wellbore as "high pressure," is vague.

35.     There is insufficient disclosure in the intrinsic record (claims, specifications, and prosecution histories) to determine with reasonable certainty what the "high pressure" is, and what would differentiate a "high pressure" pump from a pump that is not high pressure.

Declaration of Dr. L. Brun Hilbert, Jr., P.E.

**D.      The Pressure Necessary to Fracture Changes with Varying Circumstances**

36.      One of the changing circumstances that affects the pressure sufficient to fracture a formation is the geographic location of the formation.  For example, the Diatomite formations of the San Joaquin Valley, California are relatively shallow with wells relatively vertical, and thus require less pressure, as compared to the pressure needed to fracture a well in some deep west Texas formations in the Permian Basin.

37.      The pressure necessary to fracture a rock formation depends on many other complex factors, including: (i) the strength and elastic properties of the formation rock to be fractured; (ii) the reservoir pressure and stress due to the weight of the earth above the target formation rock; (iii) the desired dimensions of the hydraulic fractures; (iv) the properties of the fracturing fluid; (v) the properties of the proppant used to keep open the fractures; (vi) the depth and length of the well; (vii) the size (diameter) of the wellbore and casing; (viii) piping sizes and connections from the pumps to the manifold and to the wellhead. (Economides, Michael J., and Kenneth G. Nolte. 2000. Reservoir stimulation. Chichester, England: Wiley. Chapter 5.)

38.      While the strength of rock varies with the type of rock (e.g., sandstone is weak relative to marble) the fracture strength of rock also depends on its depth underground. The state of stress under the ground surface increases with depth, which requires that the pressure to overcome the strength of the rock and propagate a fracture increase with depth below ground.

39.      Even within a given rock formation and at a given depth, the pressure to first start a fracture in the rock (i.e., fracture pressure) can vary significantly. The fracture pressure must be sufficient to overcome the stress from the rock and the earth which tries to keep the fracture closed. The difference between the fracture pressure and the earth stress is sometimes referred to as the "net pressure." These concepts are illustrated in **Figure 3**.

Declaration of Dr. L. Brun Hilbert, Jr., P.E.



**Figure 3.  Illustration of well pressures in a hydraulic fracturing operation.**

The pressure at the surface is represented by $P_{surf}$. The pressure at the bottom of the well is referred to as the bottomhole pressure, $P_{bh}$. The pressure to fracture the rock, $P_{frac}$, is the pressure that the rock is exposed to after the hydraulic fluid flows through from the fracturing pumps through the numerous intervening equipment (discussed below), down the well, and through the perforations, and acts directly on the rock. The fracture pressure must overcome the earth stress (or pressure), $\sigma_{min}$, which resists opening of the fracture.  (J.L. Gidley, S.A. Holditch, D.E. Nierode, and R.W. Veatch Jr. (Eds.) (1989), Recent Advances in Hydraulic Fracturing, Society of Petroleum Engineers, Henry L Doherty Series Monograph. v 12. First Printing. AIME Society of Petroleum Engineers Richardson, TX. Chapter 3.)  Also, as shown in **Figure 3**, the weight of the hydraulic fracturing fluid generates a column pressure, sometimes called the hydrostatic pressure, $P_h$, which is at the bottom of the well. The friction pressure drop, $P_{fr}$, is the pressure loss due to the hydraulic fracturing fluid flowing through the pipe, valves, connections, or other restrictions to flow (further

discussed below). The friction pressure drop depends on the diameter of the flow path (i.e., pipes, valves, etc.) and the pumping rate of the fluid.

40.     There are applications that I am personally aware of in which the net pressures to fracture a formation rock were the same for a (i) deep, high stress, weak rock reservoir and a (ii) shallow, low stress, strong rock reservoir. The pressures required at the surface from the hydraulic fracturing pumps, however, were significantly different for each of the wells due to friction pressure drop through the surface and subsurface equipment, and the configuration of the well construction. This illustrates the importance of specifying the hydraulic fracturing pump pressure, as opposed to stating simply "high pressure" sufficient to fracture the formation.

41.     In addition, as indicated in **Figure 4**, in many wells hydraulic fracturing operations are performed in "stages," starting at the end of the wellbore (referred to as the "toe") and progressing to the curved transition from vertical to horizontal (referred to as the "heel").  In **Figure 4**, this progression is shown from right to left.

Declaration of Dr. L. Brun Hilbert, Jr., P.E.



**Figure 4. Hydraulic fracturing of a horizontal well with casing, perforations, and fractures.**

The horizonal segment of the well can be as long or longer than 17,000-ft, or more than three miles. Each stage is typically separated by a "frac plug," and each stage consists of a length of perforations separated by the plugs. The length of the stages, or distances between frac plugs, is typical 50 to 100 ft. The equipment within the lateral or horizontal section also contributes pressure losses, which must be considered when selected the hydraulic fracturing pump. Accordingly, even within a given well, the pressure varies significantly.

> **E.  The Pressure Necessary to Deliver Fluid to the Fracturing Face with Varying Circumstances**

42.      Pressure can vary significantly from the discharge side of the hydraulic fracturing pump at the surface to the location of the fracture face within the target reservoir. For example, fracturing fluid undergoes a pressure drop through hoses, pipes, valves, and manifolds to get to the wellbore, and then further undergo pressure drops as the fluid passes through the formation.

Declaration of Dr. L. Brun Hilbert, Jr., P.E.

43.　　As shown in the photograph of **Figure 5**, the hydraulic fracturing fluid exits the pumps at the discharge end of the hydraulic-fracturing  pumps. The hydraulic fracturing fluid then typically flows from the discharge end of hydraulic fracturing pumps through flexible hoses or iron pipes, and then through connections to a skid or trailer-mounted manifold (the "frac manifold," sometimes referred to a "frac missile"). The manifold is complex system composed of steel or iron pipes, valves, and connections.



**Figure 5.  Pump truck flexible hoses connected to manifold skid.**

As shown in **Figure 5**, multiple hydraulic fracturing pumps can be connected to the manifold, and each of the pump connections includes a valve for shutting off pressure from a pump if there is a pumping problem. Moreover, the hydraulic fracturing fluids from each pump are mixed within the manifold, and then exit the manifold through iron pipes and valves, and then to the wellhead. A frictional pressure drop is associated with each of the numerous pipes, valves, and connections,

but can be acquired from the service company or estimated from fluid dynamics texts or handbooks.

44.     As shown in the photograph of **Figure 6**, the hydraulic fracturing fluid flows from the hydraulic fracturing pump manifold or missile through numerous valves, connectors, and pipes, and then into the wellhead at the surface.



**Figure 6.  Wellhead with piping ("iron") connected from pump manifold from pump trucks.**
There are also numerous connections and valves between the manifold and the wellhead, all of which are sources of frictional pressure drop. There are additional friction pressure drops within the wellhead. Then, there is an additional frictional pressure drop as the fluid travels through the casing in the wellbore, with further decreases through the perforations. The friction pressure drop due to flow through the casing and perforations can be as much as 40% of the wellhead pressure.

17

45.     As indicated in **Figure 4**, hydraulically fractured wells include a vertical segment to the depth of the formation and often a horizontal section (sometimes referred to as "lateral") directionally drilled within the formation. There are, however, many hydraulically fractured wells in reservoir which are drilled vertically, with no horizontal section.  Both the vertical and horizontal segments contribute to pipe friction pressure drops.   The fluid column within the vertical section of the wellbore also contributes to the total pressure at the bottom of the well. This pressure results from the density of the hydraulic fracturing fluid and proppant, if used.  For a shallow well, such as the 1,000-ft deep Diatomite wells of the San Joaquin Valley in California in which steam is used for fracturing the wells, this component of the total pressure at the bottom of the well is smaller than the rock fracture pressure, so the surface hydraulic fracturing pump must provide most of the fracturing pressure. For deep wells, such as the 7,000-ft deep Marcellus formations of Pennsylvania or the 10,000 – 15,000 ft deep wells of the Permian Basin of Texas, the static pressure can be a substantial portion of the pressure to fracture the formation. For such deep wells, the static pressure generated by the hydraulic fracturing fluid in the casing can reduce the pressure required by the hydraulic fracturing pump.

### F.    The Intrinsic Evidence Does Not Provide Reasonable Certainty as to "High Pressure"

46.     The specifications of the Asserted Patents do not provide guidance that would clarify the meaning of the term "high pressure," or allow skilled artisans to differentiate a pump that is "high pressure" from a pump that is "not high pressure."

47.     The Asserted Patents simply repeat the language of the claims, but provide no guidance to distinguish between "high pressure" pumps and other kinds of pumps. *See, e.g.,* '410 Patent at Abstract, 1:14-15, 1:45-48, 1:64-67, 2:33-35, 2:48-50.  Worse yet, the patents state, "Fracturing rock in a formation requires that the fracture fluid be pumped into the wellbore at <u>very</u>

high pressure." *See, e.g.,* '410 Patent at 1:21-22; *see also* '308 Patent at 1:30-31 (same); '601 Patent at 1:31-32 (same). This begs the question of the difference between "high pressure" (as stated in the claims) and "very high pressure," let alone how this impacts the selection of a hydraulic fracturing pump.

48.     Further confusing the use of the term "high pressure" is the ill-defined and vague use of the term "pressure" in the '278 patent. As with the '410, '601, and '308 Patents, the '278 Patent makes no mention at all of the magnitude of the pressure in pounds per square inch, and the term for units of pressure ("psi") is never used in the patent. And similar to the '410, '601, and '308 Patents, the '278 Patent states that fluid is pumped "into the wellbore at *very high pressure.*" *Id*. at 1:32-33. The '278 Patent states that parameters are monitored, but does not specify *where* or *how* the pressure is measured, or what range is expected. *See, e.g.,* '278 Patent at 2:20-24 ("The process can further include monitoring at a centralized control unit at least one of the pressure, temperature, fluid rate, fluid density, concentration, …"). The patent further states: "The signals for such controls can include, for example, on/of, speed control, and an automatic *over-pressure* trip." *Id*. at 5:57-59 (emphasis added). But there is no description as to where this "*over-pressure*" is measured, on which piece of equipment it is measured, or how (or if) "over-pressure" relates to "high pressure." Yet another passage refers to "an *over - pressure* event," where "the operator controlled push button for the on / off signal can be deployed immediately such that the pumps stop preventing *overpressure* of the iron." *Id*. at 5:59-62. As discussed above, there are numerous segments of "iron" both upstream and downstream of the hydraulic fracturing pumps.

49.     The '278 Patent states that there are numerous places for which pressure can be measured, confirming what I stated above that the pressure does vary across the setup. The monitoring of pressures at various points of the system includes: pressures of fluids "entering and

exiting the well" (7:56-57), blender suction and discharge pressures (8:53-55), hydration unit suction and discharge pressures (10:11-13), "pump discharge pressure, wellhead iron pressure" (10:64-65), fracturing pump discharge pressure and suction pressure (11:58-61), and "pressure between the wellhead and check valve, pressure between the check valve and manifold trailer" (13:7-9) demonstrates the system complexity and pressure variations within the system even before the fluid enters the wellhead.  Yet nowhere does the '278 Patent describe the pressure ranges to use, which of these points should be measured for purposes of the claims, and what would be considered "high pressure."

50.     The one exception is the '728 Patent.  This Patent has a different set of inventors than the other patents, and the specification was significantly changed compared to the others.  Unlike the other patents, the '728 Patent does discuss pounds per square inch (psi).  The patent discusses in the prior art, slurry was provided "at high pressures (over 10,000) psi."  '728 Patent at 1:53-55.  Notably, this language is not in any of the other Asserted Patents.  Yet in the section describing the invention, the '728 Patent states that the "pressure of the slurry can be increased up to around 15,000 psi …."  *Id.* at 4:43-45.  This language is also not in the '410, '601, '308, or '278 Patents.  Nevertheless, the remaining ambiguities discussed throughout my declaration, such as *where* the pressure is measured, are not resolved by the '728 Patent.

51.     I have reviewed the file histories of the Asserted Patents and did not find the inventors defining "high pressure," or further discussing any objective way to classify and differentiate between "high pressure" pumps and those that are not high pressure.  The prosecution histories of the Asserted Patents do not add any further clarity to the "high pressure" terms.

52.     Thus, in my opinion, the term "high pressure" is relative to the application in which the pump is being used, and is a vague and ill-defined term of degree.

20

Declaration of Dr. L. Brun Hilbert, Jr., P.E.

## VI.    CONCLUSION

53.     All statements made herein of my own knowledge are true, and all statements made on information and belief are believed to be true. I further understand that willful false statements and the like are punishable by fine or imprisonment, or both under Section 1001 of Title 18 of the United States Code. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 27, 2021.

/s/    L. Brun Hilbert Jr

Dr. L. Brun Hilbert, Jr.

# **Appendix A**



# L. Brun Hilbert, Jr., Ph.D., P.E.

Principal Engineer | Mechanical Engineering
149 Commonwealth Drive | Menlo Park, CA 94025
(650) 688-6934 tel | bhilbert@exponent.com

## Professional Profile

Dr. Hilbert has been consulting at Exponent since 1996 in the fields of mechanical and petroleum engineering, with special applications to engineering mechanics and geomechanics. He has worked in the petroleum exploration and production industry for 40 years.

Dr. Hilbert has expertise in mechanical and petroleum engineering. In the area of petroleum engineering, he has expertise in oil and gas well design and integrity, hydraulic fracturing, well production and wellhead equipment, blowouts and well control, drilling mechanics and directional drilling, reservoir geomechanics, reservoir reserves estimation, fixed and floating offshore platforms. He also has experience with natural gas and liquid hydrocarbon storage in solution-mined salt caverns and depleted hydrocarbon formations. In the area of geomechanics, Dr. Hilbert has expertise in evaluating the structural integrity of oil and gas wells in compacting or deforming reservoir rocks, in the stability of underground storage structures and nuclear waste repositories, and he assists clients in failure analysis involving soil-structure interaction, including pipelines. Dr. Hilbert has experience in intellectual property litigation, with particular focus on the oil and gas industry.

Prior to joining Exponent, Dr. Hilbert was employed as an Engineering Specialist for Exxon Production Research Company, where he performed research and taught courses in Well Completions and Workovers in the Middle East, Southeast Asia, Australia, and North America.

## Academic Credentials & Professional Honors

Ph.D., Materials Science and Mineral Engineering, University of California, Berkeley, 1995

M.S.E., Mechanical Engineering, University of New Orleans, 1981

B.S., Mathematics, University of New Orleans, 1979

National Academy of Engineering Committee on Connector Reliability for Offshore Oil and Natural Gas Operations, 2017-2018

Society of Petroleum Engineers Distinguished Lecturer, 2015-2016

Jane Lewis Fellowship in Geomechanics

Mathematical Association of America Membership Award

Outstanding Instructor, Exxon Production Research Company 1991

Outstanding Instructor, Exxon Company, U.S.A. 1990

## Licenses and Certifications

Licensed Professional Mechanical Engineer, California, #M31490

Licensed Professional Engineer, New Mexico, #20939

Licensed Professional Engineer, Texas, #112060, Mechanical and Petroleum Engineering

## Prior Experience

Lawrence Berkeley National Laboratory, 1996

University of California at Berkeley, 1992-1996

Exxon Production Research Company, 1981-1992

## Professional Affiliations

American Society of Mechanical Engineers

Society of Petroleum Engineers

American Rock Mechanics Association

## Publications

**Papers and Articles**

Hilbert LB and Hallai JF. Natural Gas Production in Extreme Weather (Guest Commentary). Pipeline & Gas Journal. Vol. 248, No, 6, June 7, 2021.

Owens ZC, Smyth BJ, Ames NA, Pye JD, Hilbert LB, Brooks B. Development of a Casing-Integrated Well Control Tool. Offshore Technology Conference. doi:10.4043/28644-MS, April 30, 2018.

Owens ZC, Smyth BJ, Ames NA, Pye JD, Hilbert LB, Brooks B, Taber RM, Mendez H. Casing-integrated, surface-activated well control tool supplements BOP in uncontrolled blowout scenarios. Drilling Contractor 2017 July/Aug; 73(4).

Hilbert LB, Reilly E, Ames N.  Underground storage operators must fully understand 2016 PIPES Act.  Oil & Gas Journal, July 3, 2017.

Hilbert LB, Saraf VK, Birbiglia DKJ, Shumilak EE, Schutjens PMTM, Hindriks COH, Klever FJ. Modeling horizontal completion deformations in a deepwater unconsolidated sand reservoir. SPE Journal of Drilling & Completion 2011 Mar; (26)2:68-83.

Hilbert LB, Saraf VK. Salt mechanics and casing deformation in solution-mined gas storage operations. Paper ARMA 08-383, Presented at San Francisco 2008, the 42nd US Rock Mechanics Symposium and 2nd U.S.-Canada Rock Mechanics Symposium, San Francisco, CA, June 29-July 2, 2008.

Hilbert LB, Bergström JS. Evaluating pressure integrity of polymer ring seals for threaded connections in HP/HT wells and expandable casing. SPE Journal 2008; 13:1:123-132.

Bergström JS, Hilbert LB. A constitutive model for predicting the large deformation thermomechanical behavior of fluoropolymers. Mechanics of Materials 2005; 37:899-213.

© 2021 Exponent, Inc. All Rights Reserved   |   www.exponent.com   |   888.656.EXPO   |   Page 2

Bergström JS, Brown SB, Hilbert LB. Large strain time- and temperature-dependent modeling of PTFE. Presented at 2nd MIT Conference on Computational Fluid and Solid Mechanics, June 2003.

Bessinger B, Suarez-Rivera R, Nihei K, Hilbert B, Myer L, Cook N. P-wave amplitude anisotropy in limestone. In: Advances in Anisotropy: Selected Theory, Modeling, and Case Studies. Hood JA (ed), Society of Exploration Geophysicists, pp. 322, Tulsa, OK, 2001.

Nihei KT, Hilbert LB Jr, Cook NGW, Nakagawa S, Myer LR. Frictional effects on the volumetric strain of sandstone. International Journal of Rock Mechanics and Mining Sciences 2000; 37(1-2):121-132.

Hilbert LB, Gwinn RL, Moroney TA, Deitrick GL. Field-scale and wellbore modeling of compaction-induced casing failures. SPE Journal of Drilling & Completion 1999; 14(2):92-101, June.

Guyer RA, McCall KR, Boitnott GN, Hilbert LB Jr, Plona TJ. Quantitative implementation of Preisach-Mayergoyz space to find static and dynamic elastic moduli of rock. Journal of Geophysical Research 1997; 102(B3):5281-5293, March.

Nihei KT, Hilbert Jr LB, Cook NGW, Myer LR. Frictional effects on the compressibility of sandstone. EOS, Transactions of the American Geophysical Union 1996; 77(46).

Kastenberg WE, Peterson PF, Ahn J, Burch J, Casher G, Chambre PL, Greenspan E, Olander DR, Vujic JL, Bessinger B, Cook NGW, Doyle FM, Hilbert LB Jr. Consideration of autocatalytic criticality of fissile materials in geologic repositories. Nuclear Technology 1996; 115:298-310, September.

McCall KR, Guyer RA, Zhu L, Boitnott GN, Hilbert LB Jr, Plona TJ. Experimental determination of the linear and nonlinear dynamic moduli of rock from quasistatic measurements. Proceedings, 2nd North American Rock Mechanics Symposium: NARMS'96, Aubertin M, Hassani F, Mitri H (eds), Quebec, Canada, 19-21, Balkema, Rotterdam, Netherlands, pp. 147-154, June 1996.

Hilbert LB, Fredrich, JT, Bruno MS, Dietrick GL, de Rouffignac EP. Two-dimensional nonlinear finite element analysis of well damage due to reservoir compaction, well-to-well interactions, and localization on weak layers. Proceedings, 2nd Annual North American Rock Mechanics Symposium, p. 19-21, Montreal, Canada, June 1996.

Bessinger BA, Yi W, Suarez-Rivera R, Nihei K, Hilbert LB, Myer LR. P-Wave amplitude anisotropy in limestones. Proceedings, 7th International Workshop in Seismic Anisotropy, Miami, FL, February 1996.

Hilbert LB, Bessinger BA, Cook NGW. Effects of bedding planes and discontinuities on the sorptivity and permeability of rock. Presented at Fall Meeting of AGU, December 11-15, 1995.

Zhu L, Guyer RA, McCall KR, Boitnott GN, Hilbert LB Jr, Plona TJ. Experimental determination of the linear and nonlinear dynamic moduli of rock from quasistatic measurements. Journal of the Acoustical Society of America 1995 Nov; 98:2905-2905.

Hilbert L, Cook NGW, Myer L. Numerical modeling of highly jointed and fractured media using discontinuous deformation methods. Proceedings, 8th International Congress on Rock Mechanics, Vol. 3, pp. 1159-1165, Tokyo, Japan, September 1995.

Hilbert LB, Liu Z, Cook NGW. On the use of substructuring and domain decomposition techniques in discontinuum mechanics. Proceedings, 32nd Annual Technical Meeting Society of Engineering Science, New Orleans, LA, October 1995.

Hilbert LB Jr, Yi W, Cook NGW, Cai Y, Liang GP. A new discontinuous finite element method for interaction of many deformable bodies in geomechanics. Proceedings, 8th International Conference on Computational Method and Advances in Geomechanics, pp. 836-931, May 1994.

Hilbert LB, Hwong TK, Cook NGW, Nihei KT, Myer LR. Effects of strain amplitude on the static and dynamic nonlinear deformation of Berea sandstone. In: Rock Mechanics Models and Measurements Challenges from Industry, Nelson P and Laubach S (eds), Proceedings of 1st North American Rock Mechanics Symposium, pp. 497-504, June 1994.

Hilbert LB, Hwong T, Cook NGW, Nihei KT, Myer LR. Micromechanics of the static and dynamic nonlinear behavior of Berea sandstone. EOS, Transactions of the American Geophysical Union 1993; 74(43):236.

Hilbert LB, Kalil IA. Evaluation of premium threaded connections using finite element analysis and full-scale testing. Proceedings, IADC/SPE Drilling Conference, New Orleans, LA, February 1992.

Banon H, Johnson DV, Hilbert LB. Reliability considerations in design of steel and CRA production tubing strings. Proceedings of the 1st International SPE Conference on Health, Safety, and the Environment, SPE 23483, The Hague, The Netherlands, pp. 673-680, November 1991.

Kocian EM, Mefford RN, Hilbert LB, Kalil IA. Compressive loading casing design. Proceedings, 1990 IADC/SPE Drilling Conference, IADC/SPE 19923, Houston, TX, pp. 145-155, February 22-March 2, 1990.

Hilbert LB, Janna WS. The feasibility of electric power generation by the wind on the University of New Orleans Campus. Proceedings, ASME Energy Sources Technology Conference and Exhibition, 82-PET-1, New Orleans, LA, March 1982.

## Book Chapters

Hilbert, LB et al., National Academies of Sciences, Engineering, and Medicine. High-Performance Bolting Technology for Offshore Oil and Natural Gas Operations. Washington, DC: The National Academies Press. June 2018. https://doi.org/10.17226/25032

Hilbert LB.  Chapter 7. Reservoir Integrity. In:  Underground Gas Storage Regulatory Considerations: A Guide for State and Federal Regulatory Agencies. Ground Water Protection Council and Interstate Oil and Gas Compact Commission. May, 2017.

Hilbert LB. Reservoir compaction, subsidence and well damage. In: Numerical Analysis and Modeling in Geomechanics, Chapter 11. John Bull (ed), Spon Press, May 2003.

## Other Technical Publications

Saba T, Mohsen MFN, Hilbert LB, Garry MR. Methanol use in hydraulic fracturing fluids. White Paper, August, 29, 2011.

## Presentations and Lectures

Hilbert LB, Saba T. Recent developments in hydraulic fracturing. Presented at: A Whole New Ballgame: Oil and Gas in the Trump Administration. A Seminar by Husch Blackwell, LLP. April  Denver, CO, 27, 2017.

Hilbert LB. Society of Petroleum Engineers Distinguished Lecture Program: Well design and integrity: Importance, Risk and scientific certainty. Invited Lecture, 2015-2016.

Hilbert LB, Saba T, Murali A. Hydraulic fracturing: An overview of the current environmental and engineering issues. Exponent Webinar, October 14, 2015.

Hilbert LB, Schell JD, Meyer AA. Considerations of risk in hydraulic fracturing. Invited speaker. ASME Silicon Valley Section Technical Dinner Talk, February 27, 2014.

Hilbert LB, Mosher GE, Schell JD. Hydraulic fracturing: Myths and realities. Exponent Webinar, May 14,

2013.

Hilbert LB, Stewart SE. Hydraulic fracturing: The process. Invited Speaker. Seminar on Fracking Law: From Land Contract Negotiations to Environmental Disputes, National Business Institute Attorney Presentations. Grand Rapids, MI. February 19, 2013.

Hilbert LB (Moderator), et al. Hydraulic fracturing science update and frontiers. Invited Speaker. Seminar presentation: Key Legal Issues and Future Directions in the Environmental Impacts of Shale Development and Hydraulic Fracturing. Sponsored by ALI CLW American Law Institute, November 29, 2012.

Hilbert LB, Hardin WA. Understanding fracing, the potential risks and risk management concerns. Invited Speaker, Shale Gas Drilling Operations (Fracking) Conference, New York, NY, October 3, 2012.

Hilbert LB, Mathieson EL, Osteraas JD. Earthquakes 101: Natural and man-made sources and consequences. Exponent Webinar, January 26, 2012.

Hilbert LB, Saba T, Mohsen F. Hydraulic fracturing: What are the key engineering and environmental issues? Exponent Webinar, May 25, 2011.

Hilbert LB. Unconventional gas resources: Shale gas and hydraulic fracturing. Invited Speaker, Poland - Silicon Valley Technology Symposium, Palo Alto, CA, December 4-7, 2010.

Hilbert LB, Saraf VS. Buckling of multiple concentric casings. Presentation, 2007 West Regional ABAQUS User's Conference, Las Vegas, NV, October 2007.

Hilbert LB. The development and application of user material subroutines for large deformation thermomechanical modeling of Teflon. Presentation, 2006 West Regional ABAQUS User's Conference, Emeryville, CA, October 24-25, 2007.

Hilbert LB. Challenges in constitutive modeling of soft unconsolidated rocks. Presentation, Society of Petroleum Engineers Forum "Challenges in Unconsolidated Reservoirs: Reservoir Performance," Kananaskis, Canada, August 26-31, 2007.

Hilbert LB. Finite element methods in geomechanics. Invited Lecture, Stanford University, March 2, 2007.

Hilbert LB, Bergström JS. Finite element modeling of a thermoplastic seal at high temperature and pressure. Presentation, 2005 East Regional ABAQUS User's Conference, Westborough, MA, November, 2005.

Hilbert LB. Evaluating pressure integrity of polymer ring seals for threaded connections in HP/HT wells and expandable casing. Presentation, American Society of Mechanical Engineers, North West Houston Sub Section, Houston, TX, September 27, 2003.

Hilbert LB. Analysis of pressure integrity of polymer ring seals. Presentation, American Society of Mechanical Engineers, Silicon Valley Chapter, Mountain View, CA, September 18, 2003.

Hilbert LB. Failure analysis in the petroleum industry. Presentation, Society of Petroleum Engineers, Los Angeles Basin Section, Long Beach, CA, May 9, 2000.

Hilbert LB. Limitations and unfulfilled expectations of numerical methods in underground design and construction. Presentation, 3rd Geo-Institute Conference, Urbana, IL, June 1999.

Hilbert LB. Landslides! Presentation, Association of Defense Council, South Lake Tahoe, NV, June 1998.

Hilbert LB. Applications of forensics in geotechnical engineering. Presentation, Society of Civil Engineers

of California Polytechnic State University, San Luis Obispo, CA, October 1998.

Hilbert LB. On the relationship between the pseudo rigid body and discontinuous deformation analysis. Presentation, Neville G.W. Cook Conference, Berkeley, CA, October 1998.

Hilbert LB. Failure analysis in petroleum engineering. Invited Lecture, Stanford University Petroleum Engineering Seminar, February 1998.

Hilbert LB. Geomechanical modeling of subsidence-induced well failures. Society of Petroleum Engineering, Golden Gate Section, San Francisco, CA, December 1997.

Hilbert LB. Discontinuum mechanics: The Manifold Method and the Finite Element Method. Presentation, Working Forum on the Manifold Method of Material Analysis, U.S. Army Corps of Engineers, Waterways Experiment Station, Timber Cove, CA, October 1995.

Hilbert LB. Computational geomechanics at Lawrence Berkeley National Laboratory. Kiso-Jiban Consultants Co., Tokyo, Japan, September 1995.

Hilbert LB. A finite element method for jointed, fractured and faulted geomaterials. Invited Lecture, Earth Sciences Division Seminar, Lawrence Berkeley National Laboratory, Berkeley, CA, July 1994.

Hilbert LB. Computational discontinuum analysis geoengineering seminar. Invited Lecture, University of California at Berkeley, October 1994.

Hilbert LB. Tubular string design. Invited Lecture, Subsurface Engineering School, Exxon Company U.S.A., Houston, TX, October 1991.

Hilbert LB. Casing and tubing course. Invited Lecture, Esso Production Malaysia Inc., Kerteh, Malaysia, October 1991.

Hilbert LB. Overview of production engineering school. Invited Lecture, Saudi Aramco, Dhahran, Saudi Arabia, August, 1991

Hilbert LB. Casing and tubing school. Invited Lecture, Exxon Production Research Company, Houston, Texas, April 1991.

Hilbert LB. Tubular design in Subsurface Engineering School. Invited Lecture, Exxon Company U.S.A., Houston, TX, June 1990.

Hilbert LB. The Walne 1-34: Exxon's deepest well. Invited Lecture, Exxon Production Research Company Production Seminar, Houston, TX, August 1989.

Hilbert LB. Evaluation methods for premium threaded connections. Invited Lecture, Exxon Production Research Company Production Seminar, Houston, TX, November 1988.

Hilbert LB. Premium tubing connections and analysis. Invited Lecture, Saudi Aramco Mid-Year Technical Review, Dhahran, Saudi Arabia, June 1988.

Hilbert LB. Tubular string design and stability analysis. Invited Lecture, Exxon Production Research Company Production Seminar, Houston, TX, December 1986.

Hilbert LB. Well completions and workovers school. Invited Lecture, Exxon Production Research Company, Houston, Texas; Kerteh, Malaysia; Ras Tanura and Dhahran, Saudi Arabia; Sale, Australia, 1983-1981.



Exponent
149 Commonwealth Drive
Menlo Park, CA 94025

telephone 650-326-9400
facsimile 650-326-8072
www.exponent.com

**L. Brun Hilbert, Jr., Ph.D., P.E.**
**Principal Engineer**


## Trials, Arbitrations, and Hearings

*TRC Operating Company, Inc., a California corporation, and TRC Cypress Group, LLC, a California limited liability company vs. Chevron U.S.A. Inc., a Pennsylvania corporation, and Does 1 through 20, inclusive.* Case No. S-1500-CV-282520, Superior Court of the State of California County of Kern, September 13, 2021.

*FMC Technologies, Inc. vs. Richard Murphy, and Dril-Quip, Inc.*, Trial Court Cause No. 2020-63081, District Court of Harris County, Texas, 127th Judicial District, April 20-21, 2021.

*The Ministry of Oil and Minerals of the Republic of Yemen (on its own behalf and/or for and on behalf of the Republic of Yemen) (Republic of Yemen) and (1) Canadian Nexen Petroleum Yemen (Republic of Yemen) (2) Consolidated Contractors (Oil & Gas) Company S.A.L. (Republic of Lebanon) (3) Occidental Peninsula, LLC (United States of America) (4) Occidental Peninsula II, LLC (Federation of Saint Kitts and Nevis).* ICC CASE NO. 19869/MCP/DDA, February 14, 2019.

*Eagle Natrium, LLC v. Gastar Exploration, Inc.,* Cause No. GD-14-7208, Court of Common Pleas, Civil Division, Alleghany County, Pennsylvania, June 26, 2018.

*Storag Etzel GmbH versus Baker Hughes (Deutschland) GmbH,* DIS-SV-RM-541/15, German Institute of Arbitration, Frankfurt, Germany, January 22, 2017.

*Nolan Scott Ely, et al. v. Cabot Oil & Gas Corporation,* Case No. 3:09-cv-02284-MCC, United States District Court, Middle District of Pennsylvania, March 7-8, 2016.

*Eagle Natrium, LLC v. Gastar Exploration USA, Inc.,* Cause No. GD-14-7208, Court of Common Pleas, Alleghany County, Pennsylvania, June 25, 2014.

*Circle S Feedstore L.L.C., Richard L. Menuey and Mary L. Menuey v. I&W, Inc., a Corporation*, Case No. CV-2009-793, Fifth Judicial District Court, State of New Mexico, County of Eddy, February 2012.

*Barracuda & Caratinga Leasing Company, B.V. – and – Kellogg Brown & Root LLC,* International Arbitration under the Uncitral Arbitration Rules, New York, May 2010.

October 13, 2021

## Depositions

*Dril-Quip, Inc. (Petitioner) vs. FMC Technologies, Inc. (Patent Holder),* Before the Patent Trial and Appeal Board, Post Grant Review No.: PGR2021-00049, Patent No. 10,689,921, October 13, 2021.

*Georgia Environmental Finance Authority, Inc. v. CH2M Hill Engineers, Inc.; Layne Christensen Company; Travelers Casualty and Surety Company of America; and Liberty Mutual Insurance Company.* Civil Action File No. 2018-CV-308768, Superior Court of Fulton County, State of Georgia, March 11, 2021.

*FMC Technologies, Inc. vs. Richard Murphy, and Dril-Quip, Inc.*, Cause No. 2020-63081, District Court of Harris County, Texas, 127th Judicial District, January 15, 2021.

*TRC Operating Company, Inc., a California corporation, and TRC Cypress Group, LLC, a California limited liability company vs. Chevron U.S.A. Inc., a Pennsylvania corporation, and Does 1 through 20 inclusive.* Case No. S-1500-CV-282520-DRL, Superior Court of the State of California County of Kern, June 15, 2020. (Rebuttal opinions)

*Special Metals Corporation vs. Freeport-McMoran Oil & Gas LLC*, Cause No. 2015-72699, District Court of Harris County, Texas, 164th Judicial District, February 5, 2020.

*TRC Operating Company, Inc., a California corporation, and TRC Cypress Group, LLC, a California limited liability company vs. Chevron U.S.A. Inc., a Pennsylvania corporation, and Does 1 through 20 inclusive.* Case No. S-1500-CV-282520-DRL, Superior Court of the State of California County of Kern, December 12-13, 2019. (Affirmative opinions)

*John Alek Plasentillo, Individually and as Representative of the Estate of John Plasentillo, Nicholas J. Plasentillo, & Michael J. Plasentillo v. West Texas Gas, Inc., WTG Gas Transmission Company, Arguijo Oilfied Services, Inc., & Aztec Gas, Inc.* Cause No. D-16-05-0550-CV, District Court, 358th Judicial District, Ector County, Texas, November 29, 2018.

*Farwest Pump Company v. Illinois National Insurance Company et al.,* Case No: 4:17-CV-00512-DCB, United States District Court, District of Arizona, September 7, 2018.

*Texas Brine Company, LLC and Louisiana Salt LLC versus Dow Chemical Company, Dow Hydrocarbons & Resources, LLC, and Clifton Land Corporation,* Lead Case: No. 15-1102, C/W Case No. 15-3324, United States District Court, Eastern District of Louisiana, February 8-9, 2018.

*Florida Gas Transmission Co., LLC versus Texas Brine Company, et al.,* Case No. 34316*; Crosstex Energy Services, LP, et al., versus Texas Brine Co., LLC, et al.,* Case No. 34202*; Pontchartrain Natural Gas System, K/D/S Promix, L.L.C. & Acadian Gas Pipeline System versus Texas Brine Company, et al.,* Case No. 34265*,* 23rd Judicial District Court for the Parish of Assumption, State of Louisiana, Division: "B", July 20, 2017.

*Aruba Petroleum, Inc., v. Wolverine Directional, L.L.C., Keith Loudermilk, and Chris Collins, v. Keith Loudermilk, and Chris Collins,* Cause No. 429-01792-2015, 429th Judicial District, District Court, Collin County, Texas, March 7, 2017.

*Audrey Golston, by and through her Natural Parents, Crystal Golston and Germaine Golston, v. Bill and Pamela Warren and Layne Energy Sycamore, LLC d/b/a Layne Energy Operating, LLC,*

Case No. 14 CV 13 I, Fourteenth Judicial District, District Court, Montgomery County, Kansas, Civil Department, February 23, 2017.

*Calyx Energy, LLC and American Energy-Woodford, LLC vs. Trident Steel Corp and Kevin Beckman, and Trident Steel Corp vs. Ace Industrial Group, Inc.; A-Ju Besteel; Commercial Metals Company vs. Tubular Services, LLC,* Civil Action No. 5:14-cv-00551-R, United States District Court, Western District of Oklahoma, November 16, 2016.

*Eagle Natrium, LLC, v. Triad Hunter, LLC,* Civil Action No. 14-C-210H, Circuit Court of Marshall County, West Virginia, The Honorable David W. Hummel, Jr., Judge, October 5, 2015.

*Sylvia Rodriguez, Individually, and on behalf of Roel Rodriguez, Sr. and Roel Rodriguez, et al., Cal Harvey and Christi Harvey, Intervenors, C. C. Forbes, LLC, Intervenors, Honey Cuevas, et al., Intervenors, Olivia Rivera Gonzalez, et al., Intervenors, Amanda Amber Gonzalez, et al, Intervenors v. Pioneer Natural Resources USA, Inc., et al.,* Cause No. DC-14-12627, 191st Judicial District Court, Dallas County, Texas, September 2, 2016.

*Coffeyville Resources Refining and Marketing, LLC v. Mustang Engineers and Constructors, LP,* Case No: 01 1400 01 7642, American Arbitration Association, March 30, 2016.

*Stetson Petroleum Corp., Excelsior Resources, Ltd., and R & R Royalty, Ltd. vs. Trident Steel Corp et al.,* Civil Action No. 4:14-cv-00043-RC-ALM, United States District Court, Eastern District of Texas, September 29, 2015.

*Nolan Scott Ely, et al. v. Cabot Oil & Gas Corporation,* Case No. 3:09-cv-02284-MCC, United States District Court, Middle District of Pennsylvania, August 5, 2015.

*Lamons Gasket Company v. Flexitallic L.P.,* Civil Action No. 4:14-CV-00247, United States District Court, Southern District of Texas, Houston Division, April 21, 2015.

*U.S. Energy Development Company, et al., v. Superior Well Services, Ltd., Superior Well Services, Inc., as successor in interest to Superior Well Services, Ltd. v. Kroff Chemical Company, Inc.*, Civil No. 10-cv-776, United States District Court, Western District of New York, September 3, 2014.

*Black Elk Energy, LLC, Black Elk Energy Offshore Operations, LLC versus High Pressure Integrity, Inc. and Warrior Energy Services Corporation*, Case No. 156715, Division "E", 32nd Judicial District Court, Parish of Terrabone, State of Louisiana, August 15, 2013.

*Circle S Feedstore L.L.C., Richard L. Menuey and Mary L. Menuey v. I&W, Inc., a Corporation*, Case No. CV-2009-793, Fifth Judicial District Court, State of New Mexico, County of Eddy, August 2011.

*Mary Michael Morrill vs. Shell Oil, et al.*, Civil No. 252,125, Div "D", 23rd Judicial District, St James Parish, State of Louisiana, May 11, 2001.