# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **U.S. WELL SERVICES, INC., AND U.S. WELL SERVICES, LLC,** *Plaintiffs* | § § § § § |
| -v- | § § 6:21-CV-00367-ADA |
| **HALLIBURTON COMPANY, AND CIMAREX ENERGY CO.,** *Defendants* | § § § § § |

## CLAIM CONSTRUCTION ORDER

The Court construes the terms of U.S. Patent No. 9,410,410 (the '410 Patent), U.S. Patent No. 8,789,601 (the '601 Patent), U.S. Patent No. 10,337,308 (the '308 Patent), U.S. Patent No. 9,970,278 (the '278 Patent), and U.S. Patent No. 9,611,728 (the '728 Patent) as follows:

| Disputed Term | Court's Final Construction |
|---|---|
| "high pressure"<br><br>('410 Patent: Claim 1)<br>('601 Patent: Claim 1)<br>('308 Patent: Claim 1)<br>('278 Patent: Claims 1, 9)<br>('728 Patent: Claim 1) | Indefinite. |
| "performing" / "performs electric motor diagnostics to prevent damage" / "performs electric motor diagnostics"<br><br>('410 Patent: Claim 1)<br>('601 Patent: Claim 1)<br>('728 Patent: Claims 1, 7) | Not indefinite. Plain and ordinary meaning. |
| "the at least one variable frequency drive frequently performing electric motor diagnostics to prevent damage to the electric motors if they become grounded or shorted"<br><br>('601 Patent: Claim 1) | Not indefinite. Plain and ordinary meaning. |

The Court construes the terms of U.S. Patent No. 10,900,475 (the '475 Patent), U.S. Patent No. 10,948,472 (the '472 Patent), U.S. Patent No. RE 46,725 (the '725 Patent), U.S. Patent No. RE 47,695 (the '695 Patent), U.S. Patent No. 7,574,325 (the '325 Patent), and U.S. Patent No. 9,435,333 (the '333 Patent) as follows:

| Disputed Term | Court's Final Construction |
|---|---|
| "distribution unit"<br><br>('475 Patent: Claims 1-4, 6-9, 13, 15) | "unit coupled between a plurality of stimulation equipment units to route power, fuel, electrical signals, fluid, and/or other resources" |
| "body"<br><br>('475 Patent: Claims 1, 3, 12) | "one or more trailers, skids, trucks, semi-permanent structures, permanent structures, frames, or a combination thereof connected together to form a single body" |
| "impacted regions"<br><br>('472 Patent: Claims 1, 8, 15) | Plain and ordinary meaning. |
| "pre-gel storage unit"<br><br>('695 Patent: Claims 27, 28, 33, 44-48, 50, 52-55, 57, 62-63, 70-72, 74, 76-79, 88, 96-98, 100, 102-105)<br>('725 Patent: Claims 83, 85, 86, 89, 91, 92) | "a storage unit that includes a space for a mixture" |
| "partially hydrate"<br><br>('695 Patent: Claim 27) | Not indefinite. Plain and ordinary meaning. |
| "does not agree"<br><br>('325 Patent: Claims 1, 4) | Not indefinite. Plain and ordinary meaning. |
| "inconsistent output"<br><br>('325 Patent: Claims 9, 13) | Not indefinite. Plain and ordinary meaning. |
| "tensile stress assumed by the fluid end body when the well service pump operates at maximum working pressure"<br><br>('333 Patent: Claims 1, 5, 9) | Not indefinite. Plain and ordinary meaning. |

**SIGNED** this 7th day of January, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE