IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| U.S. WELL SERVICES, INC., AND U.S. WELL SERVICES, LLC,<br>*Plaintiffs*<br><br>-v-<br><br>HALLIBURTON COMPANY, AND CIMAREX ENERGY CO.,<br>*Defendants* | § § § § § § § § § § | 6:21-CV-00367-ADA |

## ORDER GRANTING MOTIONS TO DISMISS

Before the Court are Defendant Halliburton Company's Motion to Dismiss (ECF No. 36) and Defendant Cimarex Energy Co.'s Motion to Dismiss (ECF No. 38). The Court held a hearing on these motions on April 29, 2022. At the hearing, the Court dismissed Plaintiff U.S. Well Services, Inc.'s indirect infringement and willfulness claims without prejudice. This order does not alter those rulings.

The Court **GRANTS** Defendants' Motions to Dismiss (ECF No. 36 and 38). It is therefore **ORDERED** that Plaintiff's claims for indirect and willful infringement are **DISMISSED WITHOUT PREJUDICE**. Plaintiff is **GRANTED** leave to amend its pleadings to reassert these claims after the start of discovery if it is able to substantiate those allegations.

SIGNED this 24th day of May, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE