## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| U.S. WELL SERVICES, INC., U.S. WELL SERVICES, LLC | § § § | |
| | § | NO:    WA:21-CV-00367-ADA |
| vs. | § § | |
| | § | |
| HALLIBURTON COMPANY, CIMAREX ENERGY CO., HALLIBURTON ENERGY SERVICES, INC., HALLIBURTON ENERGY SERVICES, INC., HALLIBURTON US TECHNOLOGIES, INC., HALLIBURTON GROUP TECHNOLOGIES, INC., U.S. WELL SERVICES, LLC, U.S. WELL SERVICES, INC. | | |
| *Defendant* | | |

# ORDER SETTING MOTIONS HEARING VIA IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for

MOTIONS HEARING VIA IN PERSON, in U.S. Magistrate Court, Courtroom No. 2, Third Floor,

800 Franklin Avenue, Waco, Texas, on February 22, 2023 at 09:30 AM.

**IT IS SO ORDERED** this **3rd day of January, 2023**.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE