UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| Halliburton Energy Services, Inc., | § | |
| Halliburton US Technologies, Inc., | § | |
| Halliburton Group Technologies, Inc., | § | |
| | § | Case No.6:21-cv-367-ADA |
| Plaintiffs | § | |
| | § | Jury Trial Demanded |
| v. | § | |
| | § | |
| U.S. Well Services, LLC, | § | |
| | § | |
| Defendants | § | |

## PUBLIC TELEPHONE TRIAL LINK

In anticipation of the upcoming jury trial, the Court notifies the parties of the following public zoom link.

Or One tap mobile :

  +16692545252,,1605986256#,,,,*943365# US (San Jose)

  +16692161590,,1605986256#,,,,*943365# US (San Jose)

Or Telephone:

  Dial(for higher quality, dial a number based on your current location):

  +1 669 254 5252 US (San Jose)

  +1 669 216 1590 US (San Jose)

  +1 415 449 4000 US (US Spanish Line)

  +1 551 285 1373 US (New Jersey)

  +1 646 828 7666 US (New York)

  +1 646 964 1167 US (US Spanish Line)

  International numbers available: https://txwd-uscourts.zoomgov.com/u/ab2JNWBU19

**IT IS SO ORDERED**.

SIGNED this 21ˢᵗ day of August, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE