# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **HALLIBURTON ENERGY SERVICES, INC., HALLIBURTON US TECHNOLOGIES, INC., HALLIBURTON GROUP TECHNOLOGIES, INC.,**<br>*Plaintiffs* | § § § § § § § | |
| -v- | § § | 6:21-CV-00367-ADA |
| **U.S. WELL SERVICES, LLC**<br>*Defendants.* | § § § | |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Scott Woloson to serve as a technical advisor on this case. The Court has reviewed Mr. Woloson's invoice for services through today and finds the requested amount ($5,272.50) to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

  Plaintiffs:      $2,636.25
  Defendants:   $2,636.25

Mr. Woloson will separately provide deposit instructions.

SIGNED this 23rd day of August, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE